Judge Coughenour

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                            )<br>                    Plaintiff,              )<br>                                                            )<br>             v.                                       )<br>                                                            )<br>BRYAN DALE BUCHANAN,         )<br>                                                            )<br>                    Defendant.          )<br>_____) | NO.  CR05-392JCC<br><br>STIPULATED ORDER<br>CONTINUING TRIAL AND<br>PRETRIAL MOTIONS |

By their consent given below approving the entry of this order, and the waiver of speedy trial executed by defendant, the government and defendant are agreeable to a continuance of trial from Monday, January 3, 2006, to Monday, April 24, 2006.  The defendant has signed and filed a waiver of speedy trial through April 30, 2006.  The parties also stipulate that a continuance is necessary to ensure effective pretrial and trial preparation, and to ensure continuity of counsel, as set forth in the attached motion.  Finally, the parties stipulate that the interests of the public and the defendant in an earlier trial are outweighed by the ends of justice, and that the period of time from January 3, 2006, to April 30, 2006, shall be excludable under Title 18, United States Code, Section 3161(h)(8)(B)(iv).

STIPULATED ORDER CONTINUING TRIAL AND PRETRIAL MOTIONS/Buchanan - 1
CR05-392JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

1  THE COURT FINDS, based on the stipulation of the parties, that the interests of the
2  public and the defendant in an earlier trial are outweighed by the ends of justice.  Accordingly,
3  trial is continued to April 24, 2006, and the time involved in this continuance is excluded for
4  purposes of the Speedy Trial Act, 18 U.S.C. § 3161, from January 3, 2006, to April 30, 2006.

5  The pretrial motions deadline is continued to March 16, 2006, with reply briefs due two
6  weeks thereafter on March 30, 2006.

7  DATED this 20th day of December, 2005.

                                    /s/ John C. Coughenour
                                    UNITED STATES DISTRICT JUDGE

13 Approved for entry:

15 *s/Joanne Y. Maida*
   JOANNE Y. MAIDA
16 Assistant United States Attorney

18 *approved by telephone*
   TIMOTHY R. LOHRAFF
19 Attorney for the Defendant

STIPULATED ORDER CONTINUING TRIAL AND PRETRIAL MOTIONS/Buchanan - 2
CR05-392JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970